■ In the Matter of JOHN O. HUNTER, Appellant, v. DISTRICT ATTORNEY OF SUFFOLK COUNTY, Respondent.— Motion by petitioner for assignment of counsel or for other relief, denied. Ughetta, Acting P. J., Christ, Pette and Brennan, JJ., concur.

■ In the Matter of RENATA JANSONS. "JANE" DEASEY, Respondent; ILGA JANSONS, Appellant.— Motion by appellant for leave to appeal as a poor person, granted. The appeal will be heard on the original papers (including the typed minutes) and on appellant's typewritten brief, which shall include a copy of the opinion, if any, of the court below. The appellant is directed to file six copies of her typewritten brief and to serve one copy on the Corporation Counsel. Motion for assignment of counsel granted. Allan S. Mall, Esq., 274 Madison Ave., New York, N. Y., having consented to serve without compensation, is assigned as counsel to prosecute the appeal. Ughetta, Acting P. J., Christ, Pette and Brennan, JJ., concur.

■ In the Matter of MARGARET KERRIGAN, as Administratrix of the Estate of HERBERT T. KERRIGAN, Deceased. EDWARD A. FLECKENSTEIN, Appellant; HAROLD A. NEHRBAS et al., Respondents.— Motion by appellant to enlarge time to perfect his appeal, granted; time enlarged to the March Term, beginning February 26, 1962; appeal ordered on the calendar for said term. Ughetta, Acting P. J., Christ, Pette and Brennan, JJ., concur.

■ In the Matter of CARMEN ORTIZ MERCADO et al., Respondents, v. DOMINQUEZ REALTY CORP., Appellant.— Motion by appellant to extend its time to answer the amended complaint pending the determination of its appeal from an order removing respondents' action against it from the City Court of the City of New York to the Supreme Court and permitting an amendment of the ad damnum clause. Motion denied without prejudice to a motion for a stay of all proceedings in the event that the action should be reached for trial pending the determination of the appeal. Ughetta, Acting P. J., Christ, Pette and Brennan, JJ., concur.

■ In the Matter of JOSEPH J. POLANSKY, an Attorney, Respondent. SAMUEL GREASON, Petitioner.— Motion by respondent for reargument or for leave to appeal to the Court of Appeals referred to the court that rendered the decision. Ughetta, Acting P. J., Christ, Pette and Brennan, JJ., concur. Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

■ In the Matter of BENJAMIN ROTKIN, an Attorney, Respondent. SAMUEL GREASON, Petitioner.— Motion by petitioner to confirm report of Official Referee, dated September 14, 1961, finding respondent guilty of the charges made, and recommending that he be suspended from practice of the law for a period of two years. Motion granted with respect to so much of the report as finds respondent guilty, and motion denied insofar as the report recommends suspension. Respondent has been found guilty of participating in a fraud upon an insurance company. Since such misconduct shows serious moral turpitude on the part of respondent, he must be disbarred. Accordingly, he is disbarred and his name is ordered to be struck from the roll of attorneys. Cross motion by respondent to disaffirm the report and to dismiss the petition, or, in the alternative, to reduce the suspension to a period not exceeding six months. Motion denied. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

■ In the Matter of G. GARY SOUSA, Respondent, v. NEW YORK STATE COUNCIL OF KNIGHTS OF COLUMBUS FOUNDATION et al., Appellants.— Motion by respondent to dismiss appeal granted; appeal dismissed, without costs. Ughetta, Acting P. J., Christ, Pette and Brennan, JJ., concur.